MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS E. STEVENS  (CABN 168362)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234
   E-mail:  thomas.stevens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0249-SI-EDL |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER SPEEDY TRIAL ACT |
| DANA P. CARY, | |
| Defendant. | |

     Defendant was arraigned on June 22, 2011.  On June 28, 2011, the parties appeared before the Court for a detention hearing, at which the defendant was ordered detained pending trial.  The Court set the next appearance for July 15, 2011, before Judge Illston.

     At the June 28 appearance, the defendant, through counsel, moved to exclude the period of delay from June 28, 2011, to July 15, 2011, from the computation of the period of time within which the trial must commence.  The grounds for exclusion were to allow for the effective preparation of counsel for the defendant.  The Court grants the motion, finding that failure to grant such a continuance would unreasonably deny counsel for the defendant the time necessary for effective preparation, taking into account the exercise of due diligence.  See 18 U.S.C. Section 3161(h)(7)(A) and (B)(iv).  In addition, the ends of justice served by the continuance

[PROPOSED] STA ORDER
CR 11-0249-SI-EDL

1 | outweigh the best interest of the public and the defendant in a speedy trial.

2 |     IT IS SO ORDERED.

3

4

5 | Dated: ~~June~~ July 5, ____, 2011



Judge Elizabeth D. Laporte

[PROPOSED] STA ORDER
CR 11-0249-SI-EDL                                    -2-