1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  THOMAS E. STEVENS  (CABN 168362)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 11ᵗʰ Floor
6      San Francisco, California 94102
       Telephone: (415) 436-6830
7      Facsimile: (415) 436-7234
       E-mail:  thomas.stevens@usdoj.gov
8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,          )     No.  CR 11-0249-SI-EDL
                                       )
14         Plaintiff,                  )
                                       )     ORDER OF DETENTION PENDING TRIAL
15     v.                              )
                                       )
16  DANA P. GARY,                      )
                                       )
17         Defendant.                  )
    _____)
18

19       The United States moved for the pretrial detention of the defendant Dana P. Gary at the

20  defendant's initial appearance in this District on June 22, 2011.  The matter next came before the

21  Court on June 27, where Pretrial Services submitted a partial report, but the case was continued

22  to June 28 for a hearing, in order to allow Pretrial Services to complete its report.  The defendant

23  Cary was present and represented by Assistant Federal Public Defender Geoff Hansen.  Assistant

24  United States Attorney Thomas E. Stevens appeared for the United States.  Pretrial Services

25  submitted its report to the Court and to the parties, and a representative of Pretrial Services was

26  present at the hearing.

27       At the hearing, the government sought detention; the defendant opposed that motion, and

28  sought pretrial release on conditions.  Proffers and arguments regarding detention and release

    [PROPOSED] DETENTION ORDER
    CR 11-0249-SI-EDL

1    were submitted by the parties at the hearing.

2           Upon consideration of the facts, proffers, and arguments presented, the Court finds by a

3    preponderance of the evidence that no condition or combination of conditions of release at this

4    time will reasonably assure the appearance of the defendant as required.  Accordingly, the Court

5    concludes that the defendant must be detained pending trial in this matter.

6           This Order supplements the Court's findings at the detention hearing and serves as the

7    written findings of fact and statement of reasons as required by 18 U.S.C. Section 3142(i)(1).

8           The Court finds that the defendant poses a serious risk of flight.  In reaching this

9    conclusion, the Court finds that the nature and circumstances of the offense and the history and

10   characteristics of the defendant require pretrial detention.  In particular, the defendant allegedly

11   used the identity of another person to obtain Social Security benefits for approximately eight

12   years (2001 to 2009).  There was additional evidence that, over many years, the defendant had

13   used approximately twenty different combinations of names and social security numbers.

14   Furthermore, the defendant has a long criminal history, dating back to the mid-1970s (although,

15   other than the instant offense, there is no recent history).  This criminal history included evidence

16   indicating that the defendant was a fugitive.

17          The Court also finds that the defendant abandoned a mental health treatment program in

18   2008, that he has made repeated suicide attempts including in December 2010, and that his

19   history lacks indicia of steady employment or income, other than the Social Security benefits that

20   are the subject of the indictment in this matter.  The defendant also lacks meaningful family or

21   community ties to the Northen District of California or potential sureties.

22          Accordingly, based on all of the facts set forth above, the Court finds by a preponderance

23   of the evidence that no condition or combination of conditions of release will reasonably assure

24   the appearance of the defendant as required.

25          Pursuant to 18 U.S.C. Section 3142(i), IT IS ORDERED THAT:

26          (1)    the defendant be, and hereby is, committed to the custody of the Attorney General

27          for confinement in a corrections facility separate, to the extent practicable, from persons

28          awaiting or serving sentences or being held in custody pending appeal;

[PROPOSED] DETENTION ORDER
CR 11-0249-SI-EDL                                    -2-

1    (2)    the defendant be afforded reasonable opportunity for private consultation with his

2    counsel; and

3    (3)    on order of a court of the United States or on request of an attorney for the

4    government, the person in charge of the corrections facility in which the defendant is

5    confined shall deliver the defendant to an authorized Deputy United States Marshal for

6    the purpose of any appearance in connection with a court proceeding.

7

8    Dated:   June       , 2011

                                                    HON. ELIZABETH D. LAPORTE
9                                                   United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] DETENTION ORDER
CR 11-0249-SI-EDL                         -3-